UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WAGNER, | Case No. 2:21-cv-01689-JDP (HC) |
| Petitioner, | ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE PAY THE FILING, FAILURE TO PROSECUTE, AND FAILURE TO COMPLY WITH COURT ORDERS |
| v. | |
| JUDGE, | |
| Respondent. | ECF No. 6 |
| | RESPONSE DUE WITHIN TWENTY-ONE DAYS |

On November 23, 2021, the previously assigned magistrate judge ordered petitioner, within thirty days, to file an amended petition and to submit the $5 filing fee or an application for leave to proceed *in forma pauperis*. ECF No. 6. Petitioner timely filed an amended petition but neither paid the filing fee nor filed an application to proceed *in forma pauperis*.

To manage its docket effectively, the court imposes deadlines on litigants and requires that those deadlines be met. The court may dismiss a case for petitioner's failure to prosecute or failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41(b); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988). Involuntary dismissal is a harsh penalty, but a district court has a duty to administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

Petitioner will be given a chance to explain why the court should not dismiss the case for his failure to either pay the filing fee or submit an application for leave to proceed *in forma pauperis*. Accordingly, petitioner is ordered to show cause within twenty-one days why this case should not be dismissed for failure to prosecute and failure to comply with court orders. Should petitioner wish to continue with this action, he shall, within twenty-one days, either pay the $5 filing fee or submit a complete application for leave to proceed *in forma pauperis*. The Clerk of Court is directed to send to petitioner the court's form application for leave to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   January 26, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE