1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    WILLIE WAGNER,                           Case No. 2:21-cv-01689-TLN-JDP (HC)

12                    Petitioner,              ORDER TO SHOW CAUSE WHY THIS
                                               CASE SHOULD NOT BE DISMISSED FOR
13         v.                                  FAILURE TO PROSECUTE AND FAILURE
                                               TO STATE A CLAIM
14    NANCY SWEET,
                                               ECF No. 5
15                    Respondent.
                                               RESPONSE DUE WITHIN TWENTY-ONE
16                                             DAYS

17

18

19         On April 11, 2022, I screened petitioner's amended petition for writ of habeas corpus,

20   notified him that it failed to state claim, and granted him thirty days to file a second amended

21   petition.  ECF No. 16.  To date, petitioner has not filed an amended petition.

22         To manage its docket effectively, the court imposes deadlines and requires litigants to

23   meet those deadlines.  The court may dismiss a case for petitioner's failure to prosecute or failure

24   to comply with its orders or local rules.  *See* Fed. R. Civ. P. 41; *Hells Canyon Pres. Council v.*

25   *U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) ("[T]he consensus among our sister circuits,

26   with which we agree, is that courts may dismiss under Rule 41(b) sua sponte, at least under

27   certain circumstances.").  Involuntary dismissal is a harsh penalty, but the court has a duty to

28   administer justice expeditiously and avoid needless burden for the parties.  *See Pagtalunan v.*

                                                1

1 | *Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

2 |      Petitioner will be given an opportunity to explain why the court should not dismiss his

3 | case for failure to file an amended petition.  Petitioner's failure to respond to this order will

4 | constitute a failure to comply with a court order and will result in dismissal of this case.

5 | Accordingly, petitioner must show cause within twenty-one days of the date of entry of this order

6 | why the court should not dismiss his case for failure to prosecute and for failure to state a claim.

7 | Should petitioner wish to continue with this lawsuit, he shall also file, within twenty-one days, an

8 | amended petition for writ of habeas corpus.

IT IS SO ORDERED.

Dated:    June 16, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2